915 F.2d 361w
 54 Empl. Prac. Dec. P 40,263
 Joseph C. SLACK, Appellant,
v.
ST. LOUIS COUNTY GOVERNMENT; St. Louis County Police
Department; Gene McNary, County Executive; Col. Gilbert
Klienknecht, Supt. of County Police; Robert Stoverink, Dir.
of Personnel, St. Louis County Police; Earl R. Chambers,
Former Dir. of Personnel, St. Louis County Police
Department; Major Lawrence Wadsack, Exec. Dir. Special
Operations; John W. Munyat, Dir. of Security Services;
Edward E. Carpenter, Chairman Civil Service Commission;
and, Captain Leo Frank Gomez, Security Supv., St. Louis
County Police, Appellees.
 No. 90-1344.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Sept. 10, 1990.
Decided Sept. 25, 1990.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 919 F.2d 98